# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SIEGEN PROFESSIONAL PLAZA, LLC

VERSUS

PARK AND 5TH, LLC, JOSIE NEWMAN, AND STEVEN W. NEWMAN

NO.   2021 CW 1146

**DECEMBER 30, 2021**

---

In Re:   Siegen Professional Plaza, L.L.C., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 697172.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

. DEPUTY CLERK OF COURT
FOR THE COURT